**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TONI I.,

                Plaintiff,

-against-                                      20 **CIVIL** 9453 (GRJ)

                                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Opinion dated August 7, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York

       August 10, 2022

                                                      **RUBY J. KRAJICK**
                                                  _____
                                                  Clerk of Court
                              **BY:**     _K. Mango_
                                                  _____
                                                   **Deputy Clerk**